IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>MICHAEL J. SULLIVAN,<br>MICHAEL LOWRY,<br>ROBERT MULGREW,<br>WILLIE SINGLETARY,<br>THOMASINE TYNES,<br>MARK A. BRUNO,<br>WILLIAM HIRD,<br>HENRY P. ALFANO and<br>ROBERT MOY,<br><br>                Defendants. | CRIMINAL ACTION<br><br>No. 13-cr-00039-5 |

### ORDER

**AND NOW**, this 10th day of April, 2014, upon consideration of Defendant Thomasine Tynes' Motion for Joinder in Co-Defendant Michael Lowry's Motion in Limine to Redact Inflammatory and Unduly Prejudicial Portions of Electronic Recordings and Transcripts or, in the Alternative, for a Separate Trial (Doc. No. 179), is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

*Robert F. Kelly*
ROBERT F. KELLY
SENIOR JUDGE