IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff, | : | |
| v. | : | No. 13-cr-00039-5 |
| MICHAEL J. SULLIVAN, MICHAEL LOWRY, ROBERT MULGREW, WILLIE SINGLETARY, THOMASINE TYNES, MARK A. BRUNO, WILLIAM HIRD, HENRY P. ALFANO and ROBERT MOY, | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 10th day of April, 2014, upon consideration of Defendant Thomasine Tynes' Motion for Joinder in Co-Defendant Michael Lowry's Motion in Limine to Redact Inflammatory and Unduly Prejudicial Portions of Electronic Recordings and Transcripts or, in the Alternative, for a Separate Trial (Doc. No. 179), is hereby **ORDERED** that the Motion is **GRANTED.**

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE