# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| v. | No. 2:13-cr-00039-5 |
| THOMASINE TYNES | |

## ORDER

**AND NOW,** this  6th  day of May, 2014, upon consideration of Defendant, Thomasine Tynes' Motion to Dismiss (Doc. No. 87), and the Response in Opposition filed by the United States of America (Doc. No. 150), it is hereby **ORDERED** that the Motion is **DENIED WITHOUT PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE